UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA     )
                                      )
v.                               )     Nos.  3:18-CR-045
                                      )           3:08-CR-029
                                      )
DONNY RAY SARTIN               )

## **MEMORANDUM AND ORDER**

Case number 3:18-CR-045 is set for trial on July 2, 2018. Now before the court is the defendant's first motion to continue. [3:18-CR-045, doc. 13]. Defense counsel asks for an additional sixty days to fully advise the defendant regarding this case and its potential resolution. According to the motion, counsel for the United States does not oppose the requested relief.

The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The court further finds that the failure to grant the motion would deny the parties reasonable time necessary for effective trial preparation, should plea negotiations not prove successful. 18 U.S.C. § 3161(h)(7)(B)(iv). The motion requires a delay in the proceedings. Therefore, all the time from the filing of the motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

The defendant's motion [3:18-CR-045, doc. 13] is **GRANTED**. Trial is **CONTINUED** from July 2, 2018, to **Wednesday, September 5, 2018, at 9:00 a.m.** in

Knoxville.  The new plea cutoff date is August 10, 2018.

The July 2, 2018 revocation hearing in case number 3:08-CR-029 is similarly **RESET** to Wednesday, September 5, 2018, at 9:00 a.m. in Knoxville.

**IT IS SO ORDERED.**

ENTER:


_____
s/ Leon Jordan
United States District Judge