UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Nos. 3:18-CR-045 |
| ) | 3:08-CR-029 |
| ) | |
| DONNY RAY SARTIN ) | |

### **O R D E R**

The sentencing hearing in case number 3:18-cr-045 and the revocation hearing in case number 3:08-cr-029 are each **RESET** from May 22, 2019, to **Wednesday, June 19, 2019, at 1:30 p.m.** in Knoxville.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge